Dismissal
NORMAN K.K. LAU
Attorney At Law
A Law Corporation

NORMAN K.K. LAU  1795
820 Mililani Street, Suite 701
Honolulu, Hawaii  96813
Telephone No.:  (808) 523-6767
FAX No.:        (808) 523-6769
Email: norm@normlau.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD G. GAVIN, | ) CIVIL NO. 07-00414 DAE/KSC |
| | ) |
| Plaintiff, | ) NOTICE OF DISMISSAL OF |
| | ) COMPLAINT FILED JULY 31, 2007 |
| vs. | ) WITH PREJUDICE |
| | ) |
| ARS NATIONAL SERVICES, INC. | ) |
| dba ASSOCIATED RECOVERY | ) |
| SYSTEMS; MS. DILLARD; JOHN | ) |
| WISE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

NOTICE OF DISMISSAL OF COMPLAINT FILED JULY 31, 2007 WITH
PREJUDICE

　　Plaintiff, by and through his undersigned attorney, and pursuant to FRCP, Rule 41 (a) (1) (I) hereby dismisses the Complaint filed on July 31, 2007 with prejudice as to all Defendants.  None of the Defendants have filed an Answer and no motion for summary judgment has been filed.  Defendant ARS National Services, Inc. dba Associated Recovery Systems, however, did file an Acknowledgment of Service of the Complaint on August

3, 2007.

    DATED:    Honolulu, Hawaii.  August 27, 2007.


                                            /s/ NORMAN K.K. LAU
                                            NORMAN K.K. LAU
                                            Attorney for Plaintiff